FOLEY ROBINSON, INC., PLAINTIFF-RESPONDENT, v. APPLIED PNEUMATICS, INC., DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Mr. Ernest Buta* and *Mr. Sam Weiss,* for the petitioner.

*Mr. Donald B. Jones,* for the respondent.

May 3, 1966. Denied.

IRVING CHRISTIAN, PETITIONER-RESPONDENT, v. LITTLE FALLS LAUNDRY COMPANY, RESPONDENT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Mr. Isidor Kalisch,* for the petitioner.

*Mr. Sam Freeman* and *Mr. Samuel E. Bass,* for the respondent.

May 3, 1966. Denied.

SALVATORE LUCCA, PLAINTIFF-PETITIONER, v. DEAN OIL COMPANY, *ET ALS.,* DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

*Mr. William A. Kaufmann* and *Mr. Arthur C. Gundersdorf,* for the petitioner.

*Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. John I. Lisowski,* for the respondents.

May 3, 1966. Denied.